### CAMPBELL vs. ARMSTRONG.

If a slave be wrongfully detained, wages will be allowed from the date of the citation.

APPEAL from the court of the sixth district.

MARTIN, J. delivered the opinion of the court. The plaintiff stated himself to have been possessed, as owner, of two slaves, whom the defendant wrongfully possessed himself of, and unjustly detains. He prayed for the restitution of them, and damages.

The defendant pleaded the general issue.

There was a verdict and judgment in favor of the plaintiff, for the restitution of the slaves, but no damages were given, neither did the

jury say any thing as to these in the verdict. The plaintiff appealed.

This case differs but little from that of *Campbell* vs. *Miller—Ante*, 514. The facts however, are found against the defendant, and he did not appeal. The plaintiff having established the tortious detention of his slaves, was certainly entitled to their hire. It ought to have been allowed him from the service of the citation. It is sworn they are worth $10 per month for each slave.

It is therefore ordered, adjudged and decreed, that the judgment of the district court be annulled, avoided and reversed; and that the plaintiff do recover the slaves, Edward and Mamdee, and the sum of three hundred and forty-nine dollars thirty-three cents for their services, with costs in both courts.

*Oakley* and *Thomas* for the plaintiff, *Baldwin* for the defendant.